**Hasmik POGHOSYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–75534.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2009.*

Filed Nov. 2, 2009.

Hasmik Poghosyan, Glendale, CA, for Petitioner.

Gregory Darrell Mack, Esquire, Senior Litigation Counsel, Shahrzad Baghai, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

MEMORANDUM **

Hasmik Poghosyan, a native and citizen of Armenia, petitions pro se for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

§ 1252. We review for substantial evidence, *Wang v. INS*, 352 F.3d 1250, 1253 (9th Cir.2003), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on Poghosyan's submission of a fraudulent death certificate, because the genuineness of this document goes to the heart of her claim. *See Desta v. Ashcroft*, 365 F.3d 741, 745 (9th Cir.2004); *Wang*, 352 F.3d at 1259 (so long as one of the identified grounds for an adverse credibility determination is supported by substantial evidence, and goes to the heart of the claim, this court is bound to accept the agency's adverse credibility finding). In the absence of credible testimony, Poghosyan's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**